IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-360-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| D'ANDRE ORLANDO LORDON, | ) | |
| Defendant. | ) | |

Upon the Defendant's motion, for good cause shown, the Defendant's motion is GRANTED. It is therefore ORDERED that the sentencing hearing for this matter will be rescheduled for that term of criminal court commencing on May 21, 2019.

This the 1st day of March, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge